# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Eugene T. Holmes,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:07-cv-429

Elaine F. Marshall, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 17, 2007 Order.

**Signed: October 19, 2007**

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court